## First Department, April, 1936.

Pauline Lipiec, Appellant, v. Fifth Avenue Bank of New York and Another, as Coexecutors, etc., of Jane D. Ward, Deceased, Respondents.— This action was brought to recover $28,965 and interest, for alleged services rendered as a domestic to the decedent, from October 1, 1916, to May 11, 1934. Upon the trial the amended complaint was further amended to include allegation of a second cause of action upon declaration of trust made by the decedent in her lifetime, that she had paid the plaintiff's wages by depositing and investing the same at savings bank interest, as trustee for plaintiff, but that no such payment, deposit or investment had been made. The appeal is by plaintiff from a judgment dismissing the second cause of action and that part of the first cause of action relating to the period prior to November 26, 1932, at the close of plaintiff's case, and adjudging that plaintiff recover of defendant the sum of $2,255.28, after trial at Trial Term without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Selena L. Bloch and Others, as Executors, etc., of Bert K. Bloch, Deceased, Respondents, v. The Frankfort Distillery, Incorporated, Appellant.— The second amended complaint contains two causes of action. The first cause of action alleged a sale by defendant of 470 cases of whisky to Bert K. Bloch, a wholesale liquor dealer at New York city, prior to October 1, 1921, and while the National Prohibition Act and the regulations prescribed for its enforcement were in effect, and a contract of storage of said whisky which was breached by defendant by changing its location without notice, causing a loss of insurance when said whisky was in large part destroyed by fire. Order granting, on reargument, plaintiffs' motion for summary judgment upon the first cause of action, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

Bertha M. Katenkamp (Formerly Bertha K. Hammerschlag), Respondent, v. Mary Louise Townsend and Another, as Executrices, etc., of J. Henry Townsend, Deceased, and Others, Appellants, Respondents, William E. Hutton and Others, Copartners, etc., Impleaded Defendants, Appellants.— Action for an accounting against the stock brokerage firm of Morrison & Townsend, in which plaintiff claims that that firm had wrongfully charged her account with unauthorized purchases. The firm of W. E. Hutton & Co. was impleaded as defendants on a cross-claim by Morrison & Townsend. Judgment, entered on a decision after trial at Special Term, in favor of plaintiff against defendants Morrison & Townsend for $11,071.14 unanimously affirmed, with costs to plaintiff against said defendants. Judgment in favor of defendants Morrison & Townsend against the impleaded defendants W. E. Hutton & Co. for $11,192.97 unanimously affirmed, with costs to defendants Morrison & Townsend against the impleaded defendants W. E. Hutton & Co. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ. [160 Misc. 118.]